IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOE HINOJOSA,<br><br>Defendant. | CR 06–06–BU–DWM<br><br><br>ORDER |

Defendant/Petitioner Noe Hinojosa having moved unopposed to dismiss his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. 32) without prejudice because he is ineligible for such relief,[1]

IT IS ORDERED that the motion (Doc. 39) is GRANTED. The motion is DISMISSED without prejudice and all deadlines associated with the motion are VACATED.

DATED this 29th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

---

[1] *But see United States v. Halvon*, 26 F.4th 566, 570 (2d Cir. 2022) ("[A] mandatory minimum sentence does not preclude a district court from reducing a term of imprisonment on a motion for compassionate release.").